UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED** AUG 29 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 12CR4188-CAB |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARIE CATHERINE BRIGHT, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

8 USC 1324 (a)(1)(A)(ii) - Attempted Transportation of Aliens

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 8/29/13

William McCurine, Jr.
U.S. Magistrate Judge